1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JEFFREY T. MILLER)

UNITED STATES OF AMERICA,    )    Case No. 08cr3006 - JM
                )
      Plaintiff,      )
                )    **ORDER GRANTING**
      v.          )    **JOINT MOTION TO CONTINUE**
                )    **SENTENCING HEARINGS**
                )    **[Docket 25]**
OSWALDO ORTEGA-VEGA (1);  )
GRECIA TOPETE-VERDUO (2)   )
                )
      Defendant.    )
_____ )

GOOD CAUSE HAVING BEEN SHOWN, **IT IS HEREBY ORDERED** that the

Sentencing Hearings in the above entitled matters, currently scheduled for December 5, 2008 at

9:00 a.m., be continued until *9:00 a.m. on January 23, 2009.*

**IT IS SO ORDERED.**

DATED: November 24, 2008

_____

Hon. Jeffrey T. Miller
United States District Judge